**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6486**

JULIO SOLORZANO,

        Petitioner - Appellant,

    v.

WARDEN LOVETT,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00303-JPB-JPM)

Submitted:  April 11, 2024                                      Decided:  April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Julio Solorzano, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Solorzano, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition, in which he sought to challenge his 18 U.S.C. § 924(c) conviction and sentence by way of the savings clause in 28 U.S.C. § 2255(e). In light of the Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that a prisoner cannot use § 2241 petition to mount a successive collateral attack on the validity of federal conviction or sentence), we conclude that Solorzano cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's order. *Solorzano v. Lovett*, No. 5:22-cv-00303-JPB-JPM (N.D.W. Va. May 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*